# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL MESSER,<br><br>            Plaintiff<br><br>    v.<br><br>USP ATWATER FACILITIES DEPARTMENT, et al.,<br><br>            Defendants. | CASE No. 1:13-cv-01032-DLB (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL<br><br>(ECF No. 7) |

      Plaintiff Cecil Messer ("Plaintiff") was a federal prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to *Bivens v. Six Unknown Agents*, 403 U.S. 388 (1971). This action was filed on July 5, 2013. (ECF No. 1.) On January 6, 2014, Plaintiff filed a notice of voluntary dismissal. (ECF No. 7.)

      "[U]nder Rule 41(a)(1)(I), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'" *Comm. Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1077 (9th Cir. 1999) (*quoting Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997)). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." *Id.* at 1078. No defendant has filed an answer or other responsive pleading.

///

///

///

1  Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this
2 case, term all pending motions, and adjust the docket to reflect voluntary dismissal of this action
3 pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:   **January 10, 2014**                    /s/ *Dennis L. Beck*
                                                UNITED STATES MAGISTRATE JUDGE